1 | DENNIS M. BROWN, Bar No. 126575
    dbrown@littler.com
2 | MICHELLE B. HEVERLY, Bar No. 178660
    mheverly@littler.com
3 | TODD K. BOYER, Bar No. 203132
    tboyer@littler.com
4 | KARIN M. COGBILL, Bar No. 244606
    kcogbill@littler.com
5 | LITTLER MENDELSON
    A Professional Corporation
6 | 50 W. San Fernando, 15th Floor
    San Jose, CA  95113.2303
7 | Telephone:   408.998.4150

8 | Attorneys for Defendant
    LOCKHEED MARTIN CORPORATION

9 | DAVID A. ROSENFELD  SBN 058163
10 | EMILY P. RICH, SBN 168735
    WEINBERG, ROGER & ROSENFELD
11 | A Professional Corporation
    1001 Marina Village Parkway, Suite 200
12 | Alameda, California 94501-1091
    Telephone 510.337.1001
13 | Fax 510.337.1023

14 | Attorneys for Plaintiffs

*E-FILED - 7/31/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, and YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>Defendants. | Case No.  C 09-00439 RMW<br><br>**JOINT STIPULATION TO CONTINUE DATE OF SERVICE OF INITIAL DISCLOSURES AND  ORDER** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

CASE NO.  C 09-00439 RMW               **STIPULATION TO CONTINUE DEADLINE TO SERVE INITIAL DISCLOSURES**

1  This Court held a Case Management Conference on June 5, 2009, wherein the Court
2  ordered the parties to serve their initial disclosures under Federal Rule of Civil Procedure 26 by July
3  31, 2009. Since the Case Management Conference, the parties have been attempting to schedule
4  both an informal settlement conference between the parties and a formal settlement conference with
5  the Court.

6  To that end, the parties have scheduled an informal attempt to resolve the case for
7  August 11, 2009, and have scheduled a settlement conference with Magistrate Lloyd for August 28,
8  2009. In order to facilitate the swift resolution of this matter at either settlement conference and to
9  minimize the costs associated with the litigation, the parties wish to delay the service of their initial
10 disclosures until September 15, 2009, by which time the parties will know whether early resolution
11 is possible. If no resolution is reached by September 15, 2009, the parties stipulate that they will
12 serve the initial disclosures as required by Rule 26 on that date.

13 Accordingly, the parties hereby request and stipulate that the deadline to serve initial
14 disclosures should be continued from July 31, 2009 to September 15, 2009.

16 Dated: July 8, 2009

18 *//s// Todd K. Boyer*
TODD K. BOYER
19 LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
20 LOCKHEED MARTIN CORPORATION

21 Dated: July 8, 2009

23 *//s// Emily P. Rich*
EMILY P. RICH
24 WEINBERG, ROGER & ROSENFELD
A Professional Corporation
25 Attorneys for Plaintiffs
MAURICE DRISCOLL, ET AL.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C 09-00439 RMW            2.            **STIPULATION TO CONTINUE DEADLINE TO SERVE INITIAL DISCLOSURES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, and YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>Defendants. | Case No. C 09-00439 RMW<br><br>**[] ORDER GRANTING CONTINUANCE OF DATE OF SERVICE OF INITIAL DISCLOSURES** |

GOOD CAUSE APPEARING, the Court hereby amends its Initial Case Management Order as follows:

The Court orders that the deadline to serve initial disclosures required by Fed. R. Civ .P. 26(a)(1) shall be continued from July 31, 2009 to September 15, 2009.

IT IS SO ORDERED.

Dated: __7/31/09____

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

CASE NO. C 09-00439 RMW      3.      **STIPULATION TO CONTINUE DEADLINE TO SERVE INITIAL DISCLOSURES**