1 DENNIS M. BROWN, Bar No. 126575
  dbrown@littler.com
2 MICHELLE B. HEVERLY, Bar No. 178660
  mheverly@littler.com
3 TODD K. BOYER, Bar No. 203132
  tboyer@littler.com
4 KARIN M. COGBILL, Bar No. 244606
  kcogbill@littler.com
5 LITTLER MENDELSON
  A Professional Corporation
6 50 W. San Fernando, 15th Floor
  San Jose, CA 95113.2303
7 Telephone: 408.998.4150

8 Attorneys for Defendant
  LOCKHEED MARTIN CORPORATION

9
10 DAVID A. ROSENFELD SBN 058163
   EMILY P. RICH, SBN 168735
   WEINBERG, ROGER & ROSENFELD
11 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
12 Alameda, California 94501-1091
   Telephone 510.337.1001
13 Fax 510.337.1023

14 Attorneys for Plaintiffs

*E-FILED - 2/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, and YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>    Defendants. | Case No. C 09-00439 RMW<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO HEAR JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** AND ORDER |

On June 5, 2009, the Plaintiffs and Defendant Lockheed Martin Corporation attended a Case Management Conference before this Court wherein the Court set a date to hear the motion for class certification for March 12, 2010. Since the June 2009 Case Management Conference, the parties have met on two occasions attempting to settle this case. The parties ultimately reached an agreement to resolve this case in the Fall of 2009, and the settlement agreement was finalized and fully executed in late December 2009.

The parties are currently working to finalize their Joint Motion For Order (1) Conditionally Certifying Settlement Class; (2) Preliminarily Approving Class Action Settlement; (3) Directing Distribution Of Class Notice; and (4) Setting Hearing For Final Approval of the Settlement along with the accompanying declarations, exhibits, and proposed order, which should be ready for filing within the next few weeks.

Given that the hearing date for the motion for class certification is set for March 12, 2010, the local rules require that the motion be filed by February 2, 2010. The parties stipulate to continue the hearing date on the parties Joint Motion For Order (1) Conditionally Certifying Settlement Class; (2) Preliminarily Approving Class Action Settlement; (3) Directing Distribution Of Class Notice; and (4) Setting Hearing For Final Approval of the Settlement to April 16, 2009 so that the parties have adequate time to finalize the motion and ancillary documents supporting the joint motion.

Dated: January 25, 2010

*//s// Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Dated: January 25, 2010

*//s// Emily P. Rich*
EMILY P. RICH
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
Attorneys for Plaintiffs
MAURICE B. DRISCOLL, ET AL.

CASE NO. C 09-00439 RMW    2.    **JOINT STIP TO CONTINUE DEADLINE TO HEAR JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, and YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>Defendants. | Case No. C 09-00439 RMW<br><br>**[] ORDER GRANTING CONTINUANCE OF HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF CLASS** |

GOOD CAUSE APPEARING, the Court hereby amends its Initial Case Management Order as follows:

The Court orders that the hearing date for the parties' joint motion for preliminary class approval shall be continued from March 12, 2010 to April 16, 2010.

IT IS SO ORDERED.

Dated: 2/2/10

_Ronald M. Whyte_
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Firmwide:93794454.1 051770.1012

CASE NO. C 09-00439 RMW

**[] ORDER GRANTING CONTINUANCE OF HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL**