UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, and YVONNE E. SANCHEZ, Individually and on behalf of a Class and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOCKHEED MARTIN CORPORATION, DOES 1 - 10,<br><br>    Defendants. | No.   C 09 00439 RMW<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES AND COSTS**<br><br>Date:    September 17, 2010<br>Time:    9:00 a.m.<br>Judge:   Hon. Ronald M. Whyte<br>Courtroom: 6, 4th Floor |

Plaintiffs' Motion for Attorney Fees and Costs came on for hearing on September 17, 2010, in Courtroom 6 of the above-entitled Court. Having reviewed the moving papers, and the Motion being unopposed:

It is hereby ordered that the Motion for Attorney Fees and Costs is GRANTED.

The Court has reviewed the time sheets submitted and finds that the amount of attorneys fees requested, $142,788.03, representing 9 percent of the Settlement Fund, and $7,211.97 in costs,

1  totaling $150,000.00 is reasonable based on the work performed and the result obtained.
2      It is so ORDERED.
3
4  Dated: September 17, 2010
5
6  _____
   THE HONORABLE RONALD M. WHYTE
   JUDGE OF THE U.S. DISTRICT COURT

ORDER GRANTING MOTION FOR ATTORNEY FEES AND COSTS
Case No. C 09 00439 RMW