UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, AND YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>Defendants. | Case No.  09-CV-00439 RMW<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR FINAL CERTIFICATION OF SETTLEMENT CLASS** |

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1   On September 17, 2020, a hearing was held on the parties' joint motion for final approval of the parties' proposed class action settlement. Emily Rich of Weinberg, Roger & Rosenfeld, appeared for Plaintiffs, and Todd K. Boyer of Littler Mendelson, appeared for Defendant, Lockheed Martin Corporation ("Lockheed Martin").

The parties have previously filed with this Court their Stipulation of Class Action Settlement (the "Settlement"). This Court preliminarily approved the Settlement in its April 27, 2010 Order. In accordance with the preliminary approval order, Class Members have been given notice of the terms of the Settlement and the opportunity to object to it or to exclude themselves from its provisions. Only 14 of the 265 Class Members opted out of the class, 41 filed disputes, of which 36 were invalid and no Class Members objected to the Settlement.

Defendant has certified that it mailed out the notice required by the Class Action Fairness Act ("CAFA") on March 10, 2010. As CAFA provides that "[a]n order giving final approval of a proposed settlement may not be issued earlier than 90 days after the requisite notice is provided," 28 U.S.C. § 1715(d), thus the requisite time has passed since service of the notice for this Court to issue this Order.

Having received and considered the proposed Settlement, the supporting papers filed by the parties, including the Declarations of Emily Rich, Todd K. Boyer and Tony Dang in Support of the Joint Motion for Final Approval of Class Action Settlement, the evidence previously received by the Court pursuant to the Joint Motion And Motion For Order (1) Conditionally Certifying Settlement Class; (2) Preliminarily Approving Class Action Settlement; (3) Directing Distribution Of Class Notice; and (4) Setting Hearing For Final Approval Of Settlement filed on March 12, 2010, and the final approval hearing on September 10, 2010, the Court GRANTS FINAL APPROVAL to the Settlement and HEREBY ORDERS and MAKES DETERMINATIONS as follows:

1.   Pursuant to this Court's April 27, 2010 order, a Notice of Class Action Settlement and the Settlement Estimate and Dispute Form were sent to each class member by first-class mail. This notice informed class members of the terms of the Settlement, their right to opt out of the class and pursue their own remedies, their opportunity to file written objections, and their right to appear in person or by counsel at the final approval hearing and be heard regarding approval of

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

2

Case No.  09-CV-00439 RMW

the settlement. Adequate periods of time were provided by each of these procedures. No Class Members filed written objections to the proposed settlement as part of this notice process or stated an intent to appear at the final approval hearing.

2. The Court finds and determines that this notice procedure afforded adequate protections to class members and provides the basis for the Court to make an informed decision regarding approval of the settlement based on the responses of class members. The Court finds and determines that the notice provided in this case was the best notice practicable, which satisfied the requirements of federal law and due process.

3. For the reasons stated in the Court's April 27, 2010, preliminary approval order, the Court finds and determines that the proposed Settlement Class, as defined in the Settlement, meets all of the legal requirements for class certification, and it is hereby ordered that the Settlement Class is finally approved and certified as a class for purposes of settlement of this action. Likewise, Class Counsel is also approved as are the Class Representatives.

4. The Court finds that no class member has objected to the terms of the settlement. The Court further finds and determines that the terms of the Settlement are fair, reasonable and adequate to the class and to each class member and that the Class Members who have not opted out will be bound by the Settlement, that the Settlement is ordered finally approved, and that all terms and provisions of the Settlement should be and hereby are ordered to be consummated.

5. The Court finds and determines that the payments to be made to the Settlement Class Members as provided for in the Settlement are fair and reasonable. The Court gives final approval to and orders the payment of those amounts be made in accordance with the terms of the Settlement.

7. The Court finds and determines that the payment of $2,500 to Class Representatives Maurice B. Driscoll, Marciano C. Canate, Jr., Derrick Kibler, Charles E. King, Jr., Earl J. Malvini, and Yvonne E. Sanchez, as an enhanced Enhancement Award is fair and reasonable. The Court gives final approval to and orders that the payment of that amount be paid to the Class Representatives out of the Maximum Settlement Consideration in accordance with the terms of the Settlement.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

8. The Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

9. Nothing in this order will preclude any action to enforce the parties' obligations under the Settlement or under this order.

10. Upon completion of administration of the settlement, the Claims Administrator will provide written certification of such completion to the Court and counsel for the parties.

11. Upon satisfaction of all payments and obligations under the Settlement Agreement and under this order, all Settlement Class Members who did not opt out, are permanently barred from prosecuting against Defendant Lockheed Martin Corporation and each of its past or present officers, directors, shareholders, employees, agents, principals, heirs, representatives, accountants, auditors, consultants, insurers and reinsurers, and its and their respective successors and predecessors in interest, subsidiaries, affiliates, parents and attorneys and each of their employee benefit plans, and all of their respective officers, directors, employees, administrators, fiduciaries, trustees and agents, any of the individual or class claims released as set forth in the Settlement.

The parties are hereby ordered to comply with the terms of the Settlement.

**IT IS SO ORDERED.**

Dated: September 17, 2010

*Ronald M. Whyte*
_____
RONALD M. WHYTE, UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

4

Case No.  09-CV-00439 RMW

**Approved as to Form:**

Dated: August 6, 2010

                *//s// Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Dated: August 6, 2010

                *//s//  Emily P. Rich*
EMILY P. RICH
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
Attorneys for Plaintiffs
MAURICE B. DRISCOLL, ET AL.

Firmwide:96724300.1 051770.1012

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

5

Case No.  09-CV-00439 RMW