1  DENNIS M. BROWN, Bar No. 126575
   MICHELLE B. HEVERLY, Bar No. 178660
2  TODD K. BOYER, Bar No. 203132
   KARIN M. COGBILL, Bar No. 244606
3  LITTLER MENDELSON
   A Professional Corporation
4  50 W. San Fernando, 15th Floor
   San Jose, CA 95113.2303
5  Telephone: 408.998.4150

6  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
7
   DAVID A. ROSENFELD, SBN 058163
8  EMILY P. RICH, SBN 168735
   WEINBERG, ROGER & ROSENFELD
9  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
10 Alameda, California 94501-1091
   Telephone 510.337.1001
11 Fax 510.337.1023

12 Attorneys for Plaintiffs

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, AND YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>        Defendants. | Case No. 09-CV-00439 RMW<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE AND []<br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

JOINT MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT

Case No. 09-CV-00439 RMW

FIRMWIDE:102645754.1 051770.1012

1  WHEREAS the parties to this action have fully and finally resolved all issues set forth in this case. Pursuant to the Court's ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR FINAL CERTIFICATION OF SETTLEMENT CLASS dated September 17, 2010, all settlement funds have been distributed in accordance with the ORDER. (See Declaration of Class Administrator Tony Dang attached hereto). IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed <u>with prejudice</u> as to all Defendants pursuant to Fed. R. C. P. 41(a)(1) and (a)(2). IT IS FURTHER STIPULATED by and between the parties that each party shall bear their own attorneys' fees and costs of suit.

Dated: August 10, 2012

                                        *//s// Todd K. Boyer*
                                        TODD K. BOYER
                                        LITTLER MENDELSON
                                        A Professional Corporation
                                        Attorneys for Defendant
                                        LOCKHEED MARTIN CORPORATION

Dated: August 10, 2012

                                        *//s// Emily P. Rich*
                                        EMILY P. RICH
                                        WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation
                                        Attorneys for Plaintiffs
                                        MAURICE B. DRISCOLL, ET AL.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Case No 09-CV-00439 RMW

FIRMWIDE:102645754.1 051770.1012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, AND YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>Defendants. | Case No. 09-CV-00439 RMW<br><br>[] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**ORDER**

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

DATED: : 13814234

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Case No 09-CV-00439 RMW

FIRMWIDE:102645754.1 051770.1012