DENNIS M. BROWN, Bar No. 126575
MICHELLE B. HEVERLY, Bar No. 178660
TODD K. BOYER, Bar No. 203132
KARIN M. COGBILL, Bar No. 244606
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

DAVID A. ROSENFELD, SBN 058163
EMILY P. RICH, SBN 168735
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, AND YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>                    Defendants. | Case No.  09-CV-00439 RMW<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE AND []<br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

JOINT MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT

Case No.  09-CV-00439 RMW

FIRMWIDE:102645754.1 051770.1012

1   WHEREAS the parties to this action have fully and finally resolved all issues set forth in this
2  case. Pursuant to the Court's ORDER GRANTING FINAL APPROVAL OF CLASS ACTION
3  SETTLEMENT AND FOR FINAL CERTIFICATION OF SETTLEMENT CLASS dated
4  September 17, 2010, all settlement funds have been distributed in accordance with the ORDER.
5  (See Declaration of Class Administrator Tony Dang attached hereto).  IT IS HEREBY
6  STIPULATED by and between the parties to this action that the above-captioned action be and
7  hereby is dismissed <u>with prejudice</u> as to all Defendants pursuant to Fed. R. C. P. 41(a)(1) and (a)(2).
8  IT IS FURTHER STIPULATED by and between the parties that each party shall bear their own
9  attorneys' fees and costs of suit.

Dated: August 10, 2012

*//s// Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

Dated: August 10, 2012

*//s//  Emily P. Rich*
EMILY P. RICH
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
Attorneys for Plaintiffs
MAURICE B. DRISCOLL, ET AL.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Case No 09-CV-00439 RMW

FIRMWIDE:102645754.1 051770.1012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICE B. DRISCOLL, MARCIANO C. CANATE, JR., DERRICK KIBLER, CHARLES E. KING, JR., EARL J. MALVINI, AND YVONNE E. SANCHEZ, Individually and on behalf of a Class and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, Does 1-10,<br><br>Defendants. | Case No.  09-CV-00439 RMW<br><br>[] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**ORDER**

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

DATED: : 13814234

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

Case No 09-CV-00439 RMW

FIRMWIDE:102645754.1 051770.1012